United States Bankruptcy Court
District of Arizona

In re:     Case No. 21-05668-DPC
RICKEY HENRY HINES     Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2     User: admin     Page 1 of 2
Date Rcvd: Jul 23, 2021     Form ID: 309A     Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | RICKEY HENRY HINES, 3645 W. FOLLEY ST., CHANDLER, AZ 85226-4913 |
| 16498251 | + | ARHC AMGLNAZ01, LLC, 18700 N. 64th Drive, Glendale AZ 85308-7109 |
| 16498252 | + | ARHC AMGLNAZ01, LLC, c/o Dickinson Wright, PLLC, 1850 N. Central Ave., Suite 1400, Phoenix AZ 85004-4568 |
| 16498254 | + | BNC National Bank, 20175 N. 67th Avenue, Glendale AZ 85308-7000 |
| 16498255 | + | BNC National Bank, c/o Quarles & Brady, LLC, Two North Central Ave., Phoenix AZ 85004-2322 |
| 16498257 | + | ED Financial Services, LLC, 120 N. Seven Oaks Drive, Knoxville TN 37922-2359 |
| 16498258 | + | Gurstel Law Firm, PC, 9320 E. Raintree Drive, Scottsdale AZ 85260-2016 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: pgardner@davismiles.com | Jul 23 2021 22:02:00 | M. PRESTON GARDNER, DAVIS MILES MCGUIRE GARDNER PLLC, 40 E. RIO SALADO PKWY, #425, TEMPE, AZ 85281 |
| tr | | EDI: QLHGOERNITZ.COM | Jul 24 2021 02:03:00 | LOTHAR GOERNITZ, P.O. BOX 32961, PHOENIX, AZ 85064-2961 |
| smg | | EDI: AZDEPREV.COM | Jul 24 2021 02:03:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 16498253 | | EDI: AZDEPREV.COM | Jul 24 2021 02:03:00 | Arizona Department of Revenue, c/o Tax, Bankruptcy and Collection Sec., 2005 North Central Avenue, Phoenix AZ 85004-1592 |
| 16498256 | | EDI: CAPITALONE.COM | Jul 24 2021 02:03:00 | Capital One Bank, Bankruptcy Department, P.O. Box 30285, Salt Lake City UT 84130-0285 |
| 16498259 | | EDI: IRS.COM | Jul 24 2021 02:03:00 | Internal Revenue Service, Bankruptcy and Collection Enforcement, P.O. Box 7346, Philadelphia PA 19101-7346 |
| 16498260 | | EDI: JPMORGANCHASE | Jul 24 2021 02:03:00 | JP Morgan Chase Bank, N.A., 3415 Vision Drive, Columbus OH 43219-6009 |
| 16499292 | + | EDI: RECOVERYCORP.COM | Jul 24 2021 02:03:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 16498261 | | EDI: RMSC.COM | Jul 24 2021 02:03:00 | Synchrony Bank (Care Credit), P.O. Box 965061, Orlando FL 32896-5061 |
| 16498262 | + | EDI: USAA.COM | Jul 24 2021 02:03:00 | USAA Savings Bank, 10750 McDermott Fwy, San Antonio TX 78288-1600 |
| 16498263 | + | Email/Text: bk.notices@vantagewest.org | Jul 23 2021 22:02:00 | Vantage West, PO BOX 15115, Tucson AZ 85708-0115 |
| 16498264 | + | Email/Text: bk.notices@vantagewest.org | Jul 23 2021 22:02:00 | Vantage West Credit Union, P.O. Box 15159, Tucson AZ 85708-0159 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2021        Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| LOTHAR GOERNITZ | lothargoernitz@lgt.phxcoxmail.com  lgoernitz@ecf.axosfs.com |
| M. PRESTON GARDNER | on behalf of Debtor RICKEY HENRY HINES pgardner@davismiles.com pmcguire@davismiles.com,jstoner@davismiles.com,efile.dockets@davismiles.com,chowden@davismiles.com,klienhard@davismiles.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 3

| | Information to identify the case: | | | | |
|---|---|---|---|---|---|
| Debtor 1: | **RICKEY HENRY HINES** | | | Social Security number or ITIN: | xxx–xx–7298 |
| | First Name  Middle Name  Last Name | | | EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2: (Spouse, if filing) | First Name  Middle Name  Last Name | | | Social Security number or ITIN: _ _ _ _ EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | District of Arizona | | | Date case filed for chapter: | 7   7/22/21 |
| Case number: | 2:21–bk–05668–DPC | | | | |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you do not file the required documents, fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | RICKEY HENRY HINES | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3645 W. FOLLEY ST. CHANDLER, AZ 85226 | |
| 4. | **Debtor's attorney** Name and address | M. PRESTON GARDNER DAVIS MILES MCGUIRE GARDNER PLLC 40 E. RIO SALADO PKWY, #425 TEMPE, AZ 85281 | Contact phone 480–733–6800 Email: pgardner@davismiles.com |
| 5. | **Bankruptcy trustee** Name and address | LOTHAR GOERNITZ P.O. BOX 32961 PHOENIX, AZ 85064–2961 | Contact phone 602–263–5413 Email: lothargoernitz@lgt.phxcoxmail.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| Debtor **RICKEY HENRY HINES** | | Case number **2:21–bk–05668–DPC** |

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | U.S. Bankruptcy Court, Arizona  230 North First Avenue, Suite 101  Phoenix, AZ 85003–1727 | Office Hours:  8:30 am – 4:00 pm Monday–Friday  Contact Phone: (602) 682–4000  Date: 7/23/21 |
| 7. | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | August 24, 2021 at 01:00 PM  **BY TELEPHONE**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Trustee: LOTHAR GOERNITZ  Call in number: 866–453–3576  Passcode: 9154053 |
| 8. | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/25/21** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.  Deadline for holder(s) of a claim secured by a security interest in the debtor's principal residence (Rule 3002(c)(7)(A): **70 Days from Case Filed Date.** | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |